NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002407
19-AUG-2014
08:10 AM

NO. CAAP-13-0002407

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

QUEEN EMMA LAND COMPANY, a Hawai'i non-profit corporation,
Plaintiff-Appellee,
v.
AMAZONIA FOREST CORP., a Hawai'i corporation dba
GO NUTS HAWAII, and AUGUSTO C. OLIVEIRA,
Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL CASE NO. 1RC13-1-1676)

ORDER RESCINDING SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Fujise and Ginoza, JJ.)

Whereas, due to an administrative error related to the signatures of the merit panel judges in this case,

IT IS HEREBY ORDERED that the Summary Disposition Order entered herein on August 13, 2014 is rescinded.

Dated: Honolulu, Hawai'i, August 19, 2014.

Presiding Judge

Associate Judge

Associate Judge